UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 03-20048 CIV-KING/O'SULLIVAN



| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GET ANSWERS, INC., JAMES KOENIG and ROBERT COURNOYER, DAVID NEPO, and CHARLES EHRLICH, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| OCEANMARK CONSULTING GROUP, INC., | ) ) ) |
| Relief Defendant. | ) ) ) |

## NOTICE OF ABSENCE/UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned hereby gives all concerned parties notice of unavailability from Friday, October 6, 2006 through Monday, October 30, 2006, and respectfully requests that no hearings or depositions be scheduled during this time; no motions, notices to produce, interrogatories or pleadings be filed which require a timely response during this time, and that all pending matters remain in status quo during this period.

The filing of this notice constitutes an application and request for continuance, extension of time and/or protective order as appropriately required for the above reasons.

1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Response has been forwarded to Roger Cruz, Esq., attorney for Plaintiff, at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131, this 11th day of October, 2006.

Respectfully submitted,

LAW OFFICES OF ERIC A. WARAFTIG, P.A.
575 W. 50th Street
Miami, Florida 33140
(305) 895-0000

_____
Eric A. Waraftig
Florida Bar Number: 74586
Attorney for James Koenig

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida. And I am in compliance with the additional qualifications to practice in this Court set forth in this Court set forth in Local Rule 2090-1(A).

_____
Eric A. Waraftig
Florida Bar Number: 74586

2