UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20048-CIV-KING/O'SULLIVAN

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GETANSWERS, INC.,
JAMES KOENIG and
ROBERT COURNOYER,
DAVID NEPO, and
CHARLES EHRLICH,

Defendants,

and

OCEANMARK CONSULTING GROUP, INC.

Relief Defendant.
_____/

**FINAL JUDGMENT SETTING DISGORGEMENT AND CIVIL PENALTY <u>AGAINST DEFENDANT JAMES KOENIG</u>**

**THIS CAUSE** comes before the Court upon Plaintiff Securities and Exchange Commission's Motion to Set Disgorgement and Civil Penalty against Defendant James Koenig. The Court has fully considered the motion, the record herein and being fully advised of the premises; accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Commission's motion to set disgorgement and civil penalty is **GRANTED** and Final Judgment is entered against Koenig as follows:

## I. DISGORGEMENT AND PREJUDGMENT INTEREST

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Koenig shall pay disgorgement in the amount of $41,538.40, representing the ill-gotten gains he received as a result of his violations of the federal securities laws. In addition, Koenig shall pay prejudgment interest in the amount of $9,631.48.

## II. CIVIL MONEY PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Section 20(d) of the Securities Act of 1933, 15 U.S.C. § 77t(d), and Section 21(d) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3), Koenig is hereby ordered to pay a civil penalty in the amount of $120,000.

## III. PAYMENT INSTRUCTIONS

**IT IS FURTHER ORDERED AND ADJUDGED** that the total payment of $171,169.88 in disgorgement, prejudgment interest, and civil penalties shall be due and payable within ten days from the date of this Final Judgment. All payments shall be: (a) made by United States postal money order, certified check, bank cashier's check or bank money order; (b) made payable to the Securities and Exchange Commission; (c) hand-delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Alexandria, Stop 0-3, VA 22312; and (d) submitted under cover letter that identifies Koenig as a Defendant in these proceedings. A copy of the cover letter and money order or check shall be sent to Roger Cruz, Senior Trial Counsel, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

## IV. RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

## V. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Koenig in order to implement and carry out the terms of all Orders and Decrees that may be entered or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** this 30 day of Nov, 2006 in Chambers in _____ MIAMI, Florida.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies to:

Roger Cruz, Esq.
Senior Trial Counsel
801 Brickell Avenue, Suite 1800
Miami, Florida 33131

Jonathan Butler, Esq.
Kathy M. Klock, Former Receiver GetAnswers, Inc.
Fowler, White & Burnett
777 S. Flagler Drive
Suite 800, West Tower
West Palm Beach, FL 33401

Eric A. Waraftig, Esq.
Law Office of Eric A. Waraftig
575 W. 50th St.
Miami Beach, FL 33140
Joseph R. Buchanan, Esq.
Wampler, Buchanan, Walker et al
SunTrust International Center, Suite 1700
One S.E. Third Avenue
Miami Florida 33131

Christopher Bruno, Esq.
10615 Judicial Drive

Suite 703
Fairfax, VA 22030

John W. Kearns, Esq.
431 Gerona Avenue
Coral Gables, Florida 33146